## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| SAMUEL K.  BOULDIN | } | CASE NO.  04-82184-JAC-13 |
| SSN:   XXX-XX-0739 | } | |
| | } | CHAPTER 13 |
| | } | |
| Debtor(s) | } | |

## O R D E R

This case comes before the Court on petition of Brian J.  Dilks as the managing member of Dilks & Knopik, LLC on behalf of World Acceptance Corporation for payment of funds held in the Registry of Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041 for unclaimed funds.   A review of the file reveals that World Acceptance Corporation was not a creditor in the above styled case.  It appears that World Acceptance Corporation seeks funds on behalf of the creditor World Finance Corporation which is a subsidiary of World Acceptance Corporation.   This Court has followed the case of *In re Application for Unclaimed Funds*, 341 B.R. 65, 70 (Bankr.  N.D. Ga.  2005) in which the bankruptcy court explained that in the case of a corporate or other legal entity, the "rightful owner" of unclaimed funds paid into the bankruptcy court is the entity itself, not its owners such as its parent corporation, affiliates or subsidiaries.

It is therefore ORDERED, ADJUDGED, AND DECREED that the petition for payment of unclaimed funds is hereby denied without prejudice.

Done and Ordered this day May 27, 2014

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge