UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:

Samuel K. Bouldin } Case No: 04-82184-JAC13

Debtor }

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The petition for payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041, has been filed and presented to the Court by Brian J. Dilks, managing member of Dilks & Knopik, LLC, on behalf of World Acceptance Corporation. The said petition having been duly verified, and proof being made that the Petitioner named wherein is the proper person entitled to receive said funds, and due and proper notice having been given to the United States Attorney, Northern District of Alabama, (applicable only to funds held in the registry for more than five years), and no objections having been made to the entering of this order,

**It is therefore ORDERED ADJUDGED and DECREED that:**

For good cause shown, the Clerk of this Court is directed to pay World Finance Corporation, c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216, the sum of $803.23, in accordance with the averments of said petition, and that said check be sent by United States mail to the above named petitioner.

Done and entered this the 17 day of November, 2014.

Jack Caddell
United States Bankruptcy Judge